# ATTACHMENT A

To Whom it May Concern,

My name is Gardner-Okunola, Jasneen. I am married to Okunola, Fatai. We have 3 beautiful children. He has always wanted a family and have been willing to take on the burden of caring for us all. I have understood why that is. It's the culture that he comes from. He has provided us with what we need as a family. Having experienced Nigeria first hand this is the mindset of men everywhere, no matter the status. He is a very caring and loving father. He cooks for, he plays with, he bathes the children. He is very close to them. Outside of the home he enjoys helping others in anyway he's capable. People come to him for advice sometimes. He has never been in any type of altercation. Please show him some leniency. He is a very hard working man that takes care of his family. The family he made and also the family he comes from.

With A Genuine Heart,
Mrs. Okunola

To - the Judge.
The Court
Michigan
USA.

05 - 12 - 2024.

Character ATTENSitation

Abdulfatai Okunola.

I, rtd. Okunola dauda Alagbe retired Police officer after 60yrs of service to N.P.F.
I, also the father of the Aboved mention Okunola Abdulfatai.

He, always behave very well very sincere, trust worth, easy going, he has no Criminal record Straigth forward.

I hereby beg the Judges of the Court to temper Justice with mercy.

Nigeria.

**Good day.**

My name is INSPR OKUNOLA ADEMOLA from Nigeria.  I write to speak about OKUNOLA FATAI, he is my immediate brother from the same family. We are family of 8 and nobody has ever held for any offense except for this case at hand. FATAI has been going to USA and come Back to nigeria, he has work in various places here in nigeria and in the USA and we have never received and complain against him, he has a family Married with 3 children, the children keep worrying and always asking of DAD, Since he has been held in custody in the USA, the whole family has been think about him to the extent that my MOM is down, she could not walk and my DAD is also very very sick . I know what FATAI must feel like since 11 Month in custody in the USA. the crime for which he is charged with was isolated and outside of his character. I believe I am in a unique position to provide valuable insight about OKUNOLA FATAI
I understand the severity of the charges against him and I don't wish to undermine the court process, I urge the court to kindly look into the FATAIs case so that justice should prevail in his true sense and I want to plead for leniency keeping into consideration all involving fact and perception about Fatal.

Thank you
Mr OKUNOLA ADEMOLA

Hello Judge,

I hope this letter finds you well. I am writing to you regarding the case of my dear friend, Fatai, who is scheduled to appear before you. I would like to respectfully request your leniency during the sentencing process.

This is his first offense, and I believe that it is crucial to consider the context of this situation. Like me and many others, he came to the United States seeking greener pastures and better opportunities for himself. However, in his pursuit of a better life, he was unfortunately carried away and made the poor decisions that led to his involvement in this crime.

Fatai is a husband and devoted father to three wonderful children, who rely on him not only for their upbringing but also for emotional support and guidance. He has always been a hardworking and responsible individual, and this incident is not reflective of his true character or the values he strives to instill in his children.

I have witnessed firsthand the love and dedication he has for his family. He is committed to being a positive role model for his children, and I am confident that he will learn from this experience and work diligently to ensure that it does not happen again. I believe he understands the gravity of his actions and is genuinely remorseful.

I kindly urge you to consider the impact that a harsh sentence would have not only on Fatai, but also on his children, who are at a formative stage in their lives and his wife. A chance at rehabilitation would allow him to continue supporting his family and contributing positively to our community.

Thank you for your time and consideration of this request. I trust that you will make a decision that reflects compassion and understanding.

Kind Regards

**SPC. Adefemi A. Owoyele**
**US Army Veteran**


"_with malice towards none, with charity for all, with firmness in the right, as God gives us to see the right_'"

Your Honor,

As the sibling of Okunola Fatai, I'm writing to wholeheartedly support his case and provide a personal perspective on his character.

I have had the privilege of knowing Fatai intimately and I can confidently attest to his exceptional character, compassion and kindness.

Growing up, Fatai consistently demonstrated a strong sense of responsibility, empathy and integrity. He has always been a hard working and diligent individual, committed to making a positive impact in his community. I have witnessed him go out of his way to help those in need, often putting others' interest before his own.

One of my fondest memories with Fatai is when we are all together with our parents. Presently, our mom is seriously sick and always asking of Fatai. Fatai does not take family for granted.

I would like to highlight that Fatai has been a law-abiding citizen throughout his life with no prior convictions or history of dishonest behavior.


Sincerely,
Okunola Nafisat.

Your Honor,

I hope this letter finds you well. I am Fatai Okunola brother in-law, I'm opportune to marry his one and only cherished sister.

I have known Fatai Okunola for six years now, Fatai is a very Positive Minded person, hardworking, focused and perseverance. Fatai Okunola believes in putting smiles on people's faces, he sacrifices for others and he is a family lover.

Through the period I've known Fatai Okunola he has never been found wanting and I have never seen him in dispute with anyone, he is a very calm guy and a peace maker. Fatai is a loving husband to his wife and a caring dad to his children, and one of his mum favourite as well, his arrest has really affected his family members negatively, presently his mum is seriously sick. We Fatai Okunola family and friends have really missed him.

Thanks.

Yakubu M.A